ROBERT P. HENK (147490)
SHERI L. LEONARD (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone: (916) 787-4544
Fax: (916) 787-4530
Email: henkleonard@aol.com

Attorneys for Plaintiff
**MARLENA VASQUEZ**

SUSAN E. KIRKGAARD (134915)
KRISTA J. DUNZWEILER (227384)
**BULLIVANT HOUSER BAILEY PC**
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: (916) 930-2500
Facsimile: (916) 930-2501

Attorneys for Defendant,
**R+L CARRIERS, INC.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLENA VASQUEZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**R + L CARRIERS, INC.** and **DOES 1 through 5**, inclusive,<br><br>Defendant. | **CASE NO.: 2:10-cv-1125 FCD GGH**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

Dated: July 9, 2010

**HENKLEONARD**
***A Professional Law Corporation***

/s/SHERI L. LEONARD____________________
**SHERI L. LEONARD**
Attorney for Plaintiff
**MARLENA VASQUEZ**

Dated: July ___, 2010

**BULLIVANT HOUSER BAILEY PC**

**__/s/___________________________________**
**SUSAN E. KIRKGAARD**
Attorney for Defendant
**R+L CARRIERS, INC.**

**IT IS SO ORDERED.**

Dated: July 13, 2010

______________________________________
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE